# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 19, 2012

143579

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                         SC: 143579
                                         COA: 297858
                                         Saginaw CC: 09-032752-FC

IDRIS LADELL YOUNG,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the June 23, 2011 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 19, 2012

h0912

                                      Clerk